IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GREGORY A. HOLT                                                                                           PLAINTIFF
#110284

V.                                              No. 2:23-CV-15-JM-JTR

TYRAN MCCRACDIE,
Jail Administrator, Arkansas County, *et al.*                                               DEFENDANTS

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as modified. The Court notes that Trustee *Hobbs* is the correct party to be terminated, not "Trustee Holt."

IT IS THEREFORE ORDERED that:

1. Holt is allowed to PROCEED with his deliberate indifference claims against Defendants Sander and Bernie in their individual capacity only.

2. Holt's official capacity claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

3. Administrator McCracdie and Trustee Hobbs are TERMINATED as parties to this action.

4. Holt's request for injunctive relief is DISMISSED as moot.

IT IS SO ORDERED this 17th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE