UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GREGORY A. HOLT                                                                               PLAINTIFF
ADC #110284

V.                                       No. 2:23-CV-15-JM-JTR

GRYLAND SANDER, Jailer,
Arkansas County; and BERNIE,
Jailer, Arkansas County                                                                     DEFENDANTS

## ORDER

On October 17, 2023, United States District Judge James M. Moody Jr. accepted this Court's Recommendation that Plaintiff Gregory A. Holt be allowed to proceed with his deliberate indifference claims against Defendants Gryland Sander and Bernie in their individual capacities. *Doc. 7; Doc. 8*. All other claims and Defendants were dismissed.[1]  The Court will direct service accordingly.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to prepare a summons for Defendants Gryland Sander and Bernie.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(a) & (b).

2. The United States Marshal is directed to serve the summons, Amended and Substituted Complaint (*Doc. 5*), and this Order on each of the Defendants at the Arkansas County Detention Center without requiring prepayment of fees and costs.[2]

SO ORDERED this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If any Defendant is no longer an Arkansas County employee, the individual responding to service must file a *sealed* statement providing the unserved Defendant's last known private mailing address.