UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GREGORY A. HOLT**  **PLAINTIFF**
ADC #110284

V.  No. 2:23-CV-00015-JM

**GRAYLAND SANDER, Jailer,**
Arkansas County; and **BENNY**
**GONZALEZ, Jailer, Arkansas County**  **DEFENDANTS**

## ORDER

Holt has not complied with the November 15, 2023 Order directing him to file a notice of his current mailing address. *Doc. 12*. The time to do so has expired. Mail sent to Holt at his address of record, the Delta Regional Unit, has been returned as undeliverable, with no forwarding address. *Docs. 13, 19*.

Therefore, Defendants' Motion to Dismiss Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (*Doc. 20*) is GRANTED. This case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE