## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**GREGORY A. HOLT**                                                                               **PLAINTIFF**
**ADC #110284**

**V.**                                        No. 2:23-CV-00015-JM

**GRAYLAND SANDER, Jailer,**
**Arkansas County; and BENNY**
**GONZALEZ, Jailer, Arkansas County**                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 10th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE